| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 03/06/09 | $4,228.84 | $0.00 | $84.00 |

CHASE ◯

May 06 2009

Ac _____ 9127

$ [_____]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

65862 BEX Z 04509 C
LEONARDO LAXAMANA
9517 LAWLER AVE
SKOKIE IL 60077-1274

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153



Statement Date:
01/15/09 - 02/14/09

Minimum Payment: $84.00
Payment Due Date: 03/06/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY   MASTERCARD Account Number   9127

| | | | |
|---|---|---|---|
| Previous Balance | $1,086.74 | Total Credit Line | $10,000 |
| Payment, Credits | -$29.39 | Available Credit | $5,771 |
| Purchases, Cash, Debits | +$3,152.18 | Cash Access Line | $2,000 |
| Finance Charges | +$19.31 | Available for Cash | $2,000 |
| New Balance | $4,228.84 | | |

## TJX REWARDS MASTERCARD SUMMARY   POINTS

| | |
|---|---|
| Previous TJX Rewards Balance | 748 |
| Net TJX Rewards Earned | 0 |
| Other Rewards Earned | 3,148 |
| Rewards Issued | 3,000 |
| Remaining TJX Rewards Balance | 896 |

Here's an easy way to calculate
the value of your TJX Rewards:
1,000 pts = one $10 TJX Rewards Certificate.

Congratulations! You've earned TJX Rewards this month. Look for them in the mail and enjoy your stylish savings today. TJX Rewards. The one card that keeps you in style for less.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/25 | Payment Thank You Electronic Chk | -25.00 |
| 01/28 | BURBERRY #42 NORTHBROOK IL | -4.39 |
| 01/22 | JEWEL-OSCO  3465 S31 SKOKIE IL | 44.87 |
| 01/22 | NORDSTROM #0223  Q18 SKOKIE IL | 100.00 |
| 01/22 | TECHNICOLOUR NAILS SKOKIE IL | 18.00 |
| 01/24 | MAGGIANO'S #5900000596 Skokie IL | 30.00 |
| 01/25 | JEWEL-OSCO  3465 S31 SKOKIE IL | 28.41 |
| 01/24 | LACOSTE OLD ORCHARD #3 SKOKIE IL | 27.49 |
| 01/26 | A EAGLE OUTFTR00021808 SKOKIE IL | 64.90 |
| 01/26 | FOREVER 21 SKOKIE SKOKIE IL | 188.75 |
| 01/26 | PINOY ORIENTAL FOOD MA NILES IL | 38.07 |
| 01/28 | NORDSTROM-RACK #022Q18 NORTHBROOK IL | 150.00 |
| 01/28 | BARNES & NOBLE #262Q90 SKOKIE IL | 19.44 |
| 01/28 | BURBERRY #42 NORTHBROOK IL | 960.85 |
| 01/31 | POPEYE'S CHICKEN  Q85 MORTON GROVE IL | 13.73 |
| 01/31 | POPEYE'S CHICKEN  Q85 MORTON GROVE IL | 21.72 |
| 02/05 | SKOKIE FINANCE DEPT SKOKIE IL | 142.56 |
| 02/05 | PHONECHARGE FEE 888-840-9603 CT | 3.50 |
| 02/05 | COMED    U2M 800-EDISON1 IL | 112.49 |
| 02/05 | NICOR/NCO JACKSON MI | 335.44 |
| 02/08 | THE VITAMIN SHOPPE#173 SKOKIE IL | 35.78 |
| 02/06 | NORDSTROM #0223  Q18 SKOKIE IL | 100.00 |
| 02/06 | WALGREENS #5147  Q03 SKOKIE IL | 17.96 |
| 02/07 | GRECIAN KITCHEN DE QAE SKOKIE IL | 15.62 |
| 02/07 | GRECIAN KITCHEN DE QAE SKOKIE IL | 7.10 |
| 02/08 | JEWEL-OSCO  3465 S31 SKOKIE IL | 16.80 |
| 02/09 | SAMS     WAX EVANSTON IL | 4.14 |
| 02/09 | T-MOBILE IVR PAYMENT 800-937-8997 WA | 268.00 |
| 02/10 | STIR LIGHT   Q85 SKOKIE IL | 12.73 |
| 02/10 | WALGREENS #5147  Q03 SKOKIE IL | 5.49 |
| 02/10 | JERRYS FRUIT AND GARDE NILES IL | 60.41 |

EXHIBIT A

**This Statement is a Facsimile - Not an original**

Statement Date: 01/15/09 - 02/14/09
Account Number: J9127

Page 2 of 2

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/12 | LACOSTE OLD ORCHARD #3 SKOKIE IL | 114.37 |
| 02/12 | LACOSTE OLD ORCHARD #3 SKOKIE IL | 193.56 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .02532% | 9.24% | $2,460.62 | $19.31 | $0.00 | $0.00 | $19.31 |
| Cash advances | V .05271% | 19.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Total finance charges $19.31

**Effective Annual Percentage Rate (APR):** 9.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

We are bringing you clear and simple! Take a
look at the new format of your statement - we hope you
find it easier to read. It still has everything you need on
the front and back, with information simply displayed.

Paying your TJX Rewards credit card bill is easy: go to
www.chase.com/creditcards, call the number on the
back of your card, pay at a Chase Bank branch, or
send payment by mail. Note, payments not accepted at
T.J. Maxx, Marshalls, HomeGoods, or A.J. Wright stores.

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 04/03/09 | $5,394.56 | $0.00 | $128.00 |

**CHASE**

May 06 2009

Account number: 9127

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

78321 BEX Z 07309 C
LEONARDO LAXAMANA
9517 LAWLER AVE
SKOKIE IL 60077-1274

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153



Statement Date:
02/15/09 - 03/14/09

Minimum Payment: $128.00
Payment Due Date: 04/03/09

Manage your account online:
www.chase.com/creditcards

Additional contact information conveniently located on reverse side

### ACCOUNT SUMMARY — MASTERCARD Account Number: 9127

| | | | |
|---|---|---|---|
| Previous Balance | $4,228.84 | Total Credit Line | $10,000 |
| Payment, Credits | -$627.43 | Available Credit | $4,605 |
| Purchases, Cash, Debits | +$1,758.09 | Cash Access Line | $1,000 |
| Finance Charges | +$35.06 | Available for Cash | $1,000 |
| New Balance | $5,394.56 | | |

### TJX REWARDS MASTERCARD SUMMARY

| | POINTS |
|---|---|
| Previous TJX Rewards Balance | 896 |
| Net TJX Rewards Earned | 862 |
| Other Rewards Earned | 1,020 |
| Rewards Issued | 2,000 |
| Remaining TJX Rewards Balance | 778 |

Here's an easy way to calculate the value of your TJX Rewards:
1,000 pts = one $10 TJX Rewards Certificate.

Congratulations! You've earned TJX Rewards this month. Look for them in the mail and enjoy your stylish savings today. TJX Rewards. The one card that keeps you in style for less.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/14 | LACOSTE OLD ORCHARD #3 SKOKIE IL | -114.37 |
| 02/23 | BURBERRY #42 NORTHBROOK IL | -219.50 |
| 02/24 | LACOSTE OLD ORCHARD #3 SKOKIE IL | -96.78 |
| 02/25 | LACOSTE OLD ORCHARD #3 SKOKIE IL | -96.78 |
| 03/12 | Payment Thank You Electronic Chk | -100.00 |
| 02/15 | WALGREENS #5147   Q03 SKOKIE IL | 1.83 |
| 02/15 | JEWEL-OSCO   3465 S31 SKOKIE IL | 34.21 |
| 02/16 | POTTERY BARN KIDS 0024 SKOKIE IL | 14.85 |
| 02/16 | THE DISNEY STORE #620 SKOKIE IL | 22.00 |
| 02/16 | GODIVA CHOCOLATES #254 SKOKIE IL | 23.01 |
| 02/16 | GODIVA CHOCOLATES #254 SKOKIE IL | 47.66 |
| 02/18 | JCPENNEY STORE 0972 NILES IL | 148.47 |
| 02/18 | JCPENNEY STORE 0972 NILES IL | 52.67 |
| 02/18 | JCPENNEY STORE 0972 NILES IL | 26.33 |
| 02/18 | JCPENNEY STORE 0972 NILES IL | 178.19 |
| 02/20 | JEWEL-OSCO   3465 S31 SKOKIE IL | 89.33 |
| 02/20 | SHELL OIL 212729607QPS SKOKIE IL | 30.60 |
| 02/23 | MITSUWA MARKETPLACE CH ARLINGTON HTS IL | 17.14 |
| 02/23 | H MART     SHM NILES IL | 20.40 |
| 02/24 | LUCY@SKOKIE-OLD ORCHAR SKOKIE IL | 27.49 |
| 02/25 | WAL-MART NILES IL | 63.17 |
| 02/25 | LUCY@SKOKIE-OLD ORCHAR SKOKIE IL | 27.51 |
| 02/26 | USPS 1615400077  QQQ SKOKIE IL | 7.55 |
| 02/26 | JEWEL-OSCO   3465 S31 SKOKIE IL | 12.65 |
| 02/27 | SAMS CLUB     WAX EVANSTON IL | 164.79 |
| 02/26 | OPARTS THAI CUISINE WILMETTE IL | 35.83 |
| 02/27 | MARSHALLS 0245     EVANSTON  IL | 172.31 |
| 02/26 | SHELL OIL 212360601QPS HIGHLAND PARK IL | 28.44 |
| 02/27 | EXXONMOBIL   12984134 SKOKIE IL | 16.49 |
| 02/27 | SAMS CLUB     WAX EVANSTON IL | 4.80 |
| 02/27 | CRATE & BARREL-108 SKOKIE IL | 11.93 |

**This Statement is a Facsimile - Not an original**

0000001  FIS33335 C 3         000  N  Z  14  09:03:14        Page 1 of 2        06457    MA MA 78321    07210000030007832101
X 0352 INS13800

Statement Date: 02/15/09 - 03/14/09
Account Number: 9127
Page 2 of 2

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 03/02 | WALGREENS #5147 O03 SKOKIE IL | 94.97 |
| 03/03 | WALGREENS #5147 O03 SKOKIE IL | 7.03 |
| 03/03 | WALGREENS #5147 O03 SKOKIE IL | 17.80 |
| 03/03 | BURGER KING #121 O07 NILES IL | 10.73 |
| 03/04 | NORDSTROM #0223 Q18 SKOKIE IL | 150.00 |
| 03/08 | LATE FEE | 39.00 |
| 03/11 | JCPENNEY STORE 0972 NILES IL | 164.97 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 28 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .02532% | 9.24% | $4,944.83 | $35.06 | $0.00 | $0.00 | $35.06 |
| Cash advances | V .05271% | 19.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $35.06 |

**Effective Annual Percentage Rate (APR):** 9.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Paying your TJX Rewards credit card bill is easy: go to www.chase.com/creditcards, call the number on the back of your card, pay at a Chase Branch, or send payment by mail. Note, payments not accepted at T.J.Maxx, Marshalls, HomeGoods, or A.J. Wright stores.

**This Statement is a Facsimile - Not an original**

Page 2 of 25

May 06 2009

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 05/09/09 | $10,271.58 | $128.00 | $719.58 |

**CHASE**

Account number: 9127

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

15777 BEX Z 10409 C
LEONARDO LAXAMANA
9517 LAWLER AVE
SKOKIE IL 60077-1274

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153



Statement Date:
03/15/09 - 04/14/09

Minimum Payment: $719.58
Payment Due Date: 05/09/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

MASTERCARD Account Number: 5           9127

| | | | |
|---|---|---|---|
| Previous Balance | $5,394.56 | Total Credit Line | $10,000 |
| Purchases, Cash, Debits | +$4,698.55 | Available Credit | $0 |
| Finance Charges | +$178.47 | Cash Access Line | $1,000 |
| New Balance | $10,271.58 | Available for Cash | $0 |

The new APR and promotional rate expiration reflected on this statement is a result of a late payment on your account. For your convenience, you can always pay online by accessing our website displayed on this statement.

### TJX REWARDS MASTERCARD SUMMARY

| | POINTS | |
|---|---|---|
| Previous TJX Rewards Balance | 778 | Here's an easy way to calculate |
| Net TJX Rewards Earned | 703 | the value of your TJX Rewards: |
| Other Rewards Earned | 4,481 | 1,000 pts = one $10 TJX Rewards Certificate. |
| Rewards Issued | 0 | |
| Remaining TJX Rewards Balance | 0 | |
| Rewards Unavailable for Redemption | 5,962 | |

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 03/13 | SAMS CLUB      WAX EVANSTON IL | 5.46 |
| 03/13 | SAMS CLUB      WAX EVANSTON IL | 262.61 |
| 03/13 | NORDSTROM #0223   Q18 SKOKIE IL | 17.55 |
| 03/13 | LAO SZE CHUAN CHICAGO IL | 34.70 |
| 03/15 | MARKET PLACE ON OA SAE SKOKIE IL | 37.24 |
| 03/13 | OLD SKOKIE SVC INC QPS SKOKIE IL | 32.44 |
| 03/16 | EXXONMOBIL   13412687 SKOKIE IL | 10.00 |
| 03/16 | CENTURY 18 #439  Q75 EVANSTON IL | 25.50 |
| 03/16 | JAPONAIS CHICAGO IL | 104.00 |
| 03/17 | TAI NAM FOOD MARKET CHICAGO IL | 130.75 |
| 03/17 | THE DISNEY STORE #620 SKOKIE IL | 7.83 |
| 03/17 | SUN WAH BAR B Q CHICAGO IL | 36.25 |
| 03/18 | WALGREENS #5147   Q03 SKOKIE IL | 29.83 |
| 03/19 | COMED 800-334-7661 IL | 87.85 |
| 03/19 | BILLMATRIX UTILITY FEE 800-967-9649 TX | 3.50 |
| 03/19 | T-MOBILE IVR PAYMENT 800-937-8997 WA | 60.93 |
| 03/21 | NORDSTROM #0223   Q18 SKOKIE IL | 200.00 |
| 03/20 | CTYCHGO PARKING TICK 312-744-7275 IL | 100.00 |
| 03/20 | OPARTS THAI CUISINE WILMETTE IL | 24.96 |
| 03/20 | NORDSTROM #0223   Q18 SKOKIE IL | 260.00 |
| 03/23 | SAMS CLUB      WAX EVANSTON IL | 145.50 |
| 03/23 | MARKET PLACE ON OA SAE SKOKIE IL | 8.74 |
| 03/22 | NORDSTROM #0223   Q18 SKOKIE IL | 30.00 |
| 03/23 | SAMS CLUB      WAX EVANSTON IL | 3.08 |
| 03/23 | SAMS GAS STATION WAX EVANSTON IL | 12.59 |
| 03/25 | MARSHALLS 0245      EVANSTON  IL | 140.53 |
| 03/25 | SAMS CLUB    WAX EVANSTON IL | 232.51 |
| 03/25 | NICOR/NCO JACKSON MI | 166.79 |
| 03/26 | WALGREENS #5147   Q03 SKOKIE IL | 62.18 |
| 03/26 | NORDSTROM #0223   Q18 SKOKIE IL | 200.00 |

**This Statement is a Facsimile - Not an original**

0000001  FIS38335 C 3       000  N  Z  14  09:04:14       Page 1 of 2       06457   MA MA 15777   104100000030001577701
X 0352 INS13815 INS18816

Statement Date:   03/15/09 - 04/14/09
Account Number:  r        9127
Page 2 of 2

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 03/26 | VILLAGE MARKET PLA SAE SKOKIE IL | 69.63 |
| 03/27 | COMPUTERTRAINING COM 800-7335641 MD | 1,232.00 |
| 03/30 | MARATHON OIL 101477Q96 SKOKIE IL | 34.12 |
| 03/29 | NORDSTROM #0223   Q18 SKOKIE IL | 250.00 |
| 03/29 | NORDSTROM #0223   Q18 SKOKIE IL | 100.00 |
| 03/30 | TAI NAM FOOD MARKET CHICAGO IL | 145.85 |
| 03/30 | LYNAMY NAIL & BEAUTY S CHICAGO IL | 12.26 |
| 03/30 | SUN WAH BAR B Q CHICAGO IL | 33.70 |
| 03/30 | PHO XE TANG RESTAURANT CHICAGO IL | 19.78 |
| 04/01 | VILLAGE MARKET PLA SAE SKOKIE IL | 9.61 |
| 04/01 | SAMS CLUB     WAX EVANSTON IL | 3.72 |
| 04/01 | SAMS CLUB     WAX EVANSTON IL | 87.36 |
| 04/01 | THE HOME DEPOT 1902 EVANSTON IL | 21.97 |
| 04/01 | SAMS GAS STATION   WAX EVANSTON IL | 17.23 |
| 04/03 | 21ST CENTURY INSURANCE 800-241-1188 DE | 130.00 |
| 04/03 | LATE FEE | 39.00 |
| 04/03 | OVERLIMIT FEE | 39.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .06573% | 23.99% | $8,758.79 | $178.47 | $0.00 | $0.00 | $178.47 |
| Cash advances | .06573% | 23.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $178.47 |

**Effective Annual Percentage Rate (APR):**   23.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Please note that your payment due date has changed,
effective this month. To select a payment due date that
works best for you, please call customer service.
To pay the amount due, you can access our website
displayed on this statement, or call us at 1-800-436-7958.